BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant DAVID A. MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DAVID A. MALDONADO<br><br>      Defendant. | CR No. 09-0619 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

**STIPULATION**

The parties are scheduled to appear before this Court on Wednesday, May 12, 2010 at 2:00 p.m. for a status appearance.  Due to a change in circumstances, undersigned defense counsel will be unavailable for that appearance and thus requests that the matter be continued by one week to Wednesday, May 19, 2010 at 10:00 a.m.  Government counsel has no objection to this request.  The parties stipulate that time between May 12, 2010 and May 19, 2010 should be excluded from the Speedy Trial Act calculation because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in light of the need. for continuity of

/ / /

/ / /

STIP. AND [PROPOSED] ORDER
CR No. 09-0619 MAG (EMC)

1

counsel.  See 18 U.S.C. § 3161(h)(7)(A) and (h)(B)(iv).

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO

United States Attorney

DATED: May 11, 2010                 ____/s/_____
                                    ACADIA SENESE
                                    Special Assistant United States Attorney

DATED:  May 11, 2010                ____/s/_____
                                    SHAWN HALBERT
                                    Attorney for David Maldonado

**ORDER**

IT IS HEREBY ORDERED that the next court appearance in this matter is continued from Wednesday, May 12, 2010 at 2:00 p.m. to Wednesday, May 19, 2010 at 10:00 a.m.  IT IS FURTHER ORDERED that the time between May 12, 2010 and May 19, 2010 is excluded from the Speedy Trial Act calculation because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in light of the need. for continuity of counsel.

IT IS SO ORDERED.

DATED:_____  5/11/10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

HO_____CHEN
Uni_____

STIP. AND [PROPOSED] ORDER
CR No. 09-0619 MAG (EMC)