JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ACADIA SENESE (CABN 251287)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone:(415) 436-6809
   Fax:  (415) 436-7234
   Email: acadia.senese@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 09-0619 EMC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PR~~OPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JUNE 25, 2010, TO JUNE 30, 2010 |
| DAVID A. MALDONADO, | ) | |
| Defendant. | ) | |

   On June 25, 2010, the parties in this case appeared before the Honorable Edward Chen for a status hearing.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from June 25, 2010 to June 30, 2010 for effective preparation of counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties

//

//

//

//

~~Proposed~~ Stipulation and Order
CR No. 09-0619 MAG                 1

1  also agreed that the ends of justice served by granting such a continuance outweighed the best
2  interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).
3  IT IS SO STIPULATED:

4                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney
5

6  DATED:    6/25/10                           ____/s/_____
                                                           ACADIA SENESE
7                                                          Special Assistant United States Attorney

8  DATED:    6/25/10                           _____
9                                                          SHAWN HALBERT
                                                           Attorney for David Maldonado
10

11     IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from June 25,
12  2010, to June 30, 2010, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv).

13

14  IT IS SO ORDERED.

15

16  DATED:  6/29/10
                                                           _____
17                                                         THE HON.
                                                           United States

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

Proposed Stipulation and Order
CR No. 09-0619 MAG                                 2