BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone: (415) 436-7700

Counsel for Defendant MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0619 EMC |
| Plaintiff, ) | |
| ) | STIPULATION AND [P~~ROPOSED~~] |
| v. ) | ORDER ~~VACA~~TING HEARING |
| ) | RESETTING |
| DAVID K. MALDONADO, ) | November 30, 2011 |
| ) | 2:30 p.m. |
| Defendant. ) | |
| ) | Honorable Edward M. Chen |

1  The parties are currently scheduled to appear before the Court in the above-captioned case for
2  a status hearing on November 30, 2011, at 2:30 p.m.  However, in light of the ongoing compliance
3  by Defendant David K. Maldonado with his amended conditions of supervision, and with the
4  approval of U.S. Probation Officer Cris Taylor, the parties stipulate and jointly requested that this
5  court appearance be vacated.  Specifically:  (1) Mr. Maldonado was released from the halfway house
6  and is now living with his girlfriend in the Mission District of San Francisco; (2) Mr. Maldonado has
7  successfully completed his course of anger management treatment, which he paid for himself; and
8  (3) Mr. Maldonado remains drug and alcohol free.  Accordingly, the parties stipulate and jointly
9  request that the hearing on November 30, 2011, at 2:30 p.m., be vacated.
10  IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

13 DATED: November 30, 2011      _____/s/_____
ACADIA SENSE
14                                 Assistant United States Attorney

16 DATED: November 30, 2011      _____/s/_____
DANIEL P. BLANK
17                                 Assistant Federal Public Defender
Attorney for David K. Maldonado

19 IT IS SO ORDERED.    A status hearing is set for
3/28/12 at 2:30 p.m.
20 DATED:                         _____
EDWARD M. CHEN
21    November 30, 2011           United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

STIP. & PROP. ORDER            - 2 -